ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
DOUGLAS M. MILLER (SBN: 240398)
Assistant United States Attorney
NICOLA J. MRAZEK
JEFFREY A. GOLDBERG
Senior Trial Attorneys
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2216
    Facsimile: (213) 894-6436
    Email: douglas.m.miller@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR 10-1031(A)-AHM |
| Plaintiff, | ) ORDER DENYING DEFENDANT STEVE K. LEE'S MOTION TO SUPPRESS HIS NOVEMBER 20, 2008 STATEMENT |
| v. | |
| ENRIQUE FAUSTINO AGUILAR NORIEGA, ANGELA MARIA GOMEZ AGUILAR, KEITH E. LINDSEY, STEVE K. LEE, and LINDSEY MANUFACTURING COMPANY, | |
| Defendants. | |

On February 28, 2011, defendant Steve K. Lee moved , and Lindsey Manufacturing Company moved to suppress his November 20, 2008 statement (Mot. #213).

The Court, having read and/or considered Lee's motion, the government's response, the testimony of Lee and Federal Bureau of Invetigation ("FBI") Special Agent Christpher Dodson, and the oral arguments of the parties, HEREBY DENIES Lee's motion,

finding there is an insufficient showing that Lee was "in custody" and improperly denied his right to receive warnings pursuant <u>Miranda v. Arizona</u>, 384 U.S. 436 (1966). Lee's own testimony precludes a finding that he was in custody. Although Lee asserted that he did not feel free to leave, this subjective feeling was not caused by any misconduct or custodial pressures imposed by any of the FBI agents participating in the November 20, 2008 search of defendant Lindsey Manufacturing Company. On an objective basis, it is significant that Lee stated that although he requested to end the interview, he would have preferred to continue. Such a statement reflects that the interview was voluntarily.

**IT IS SO ORDERED.**

DATED: April 14, 2011

_____
THE HON. A. HOWARD MATZ
United States District Judge